

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2015

No. 04-15-00543-CV

**IN THE MATTER OF THE GUARDIANSHIP OF BERTHA GUERRERO**, an Incapacitated Person,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015-PC-1702
Honorable Tom Rickhoff, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to December 14, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    John Wennermark                    Kathleen T. Whitehead
       1924 N Main Ave.                   3004 Nacogdoches Rd
       San Antonio, TX 78212-3942         San Antonio, TX 78217-4523